BEFORE THE THIRD DIVISION, MAY 6, 1963

No. 67687.—J. M. Sutton Sons & Co. v. United States, protest 60/29259 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 7, 1963

No. 67688.—IDL Mfg. & Sales Corp. v. United States, protests 59/30308, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hand-operated, 2-hole paper punches similar in all material respects to those the subject of *United States* v. *IDL Mfg. & Sales Corp.* (48 CCPA 17, C.A.D. 756), the claim of the plaintiff was sustained.